OSCN Found Document:STATE ex rel. OKLAHOMA BAR ASSOCIATION v. GRIFFIN

 

 
 

 
 
 
 
 Previous Case

 
 Top Of Index

 
 This Point in Index

 
 Citationize

 
 Next Case

 
 Print Only

 
 
 

 
 STATE ex rel. OKLAHOMA BAR ASSOCIATION v. GRIFFIN
2024 OK 32
Case Number: SCBD-7650
Decided: 05/06/2024
THE SUPREME COURT OF THE STATE OF OKLAHOMA

Cite as: 2024 OK 32, __ P.3d __

 

 

STATE OF OKLAHOMA ex rel. OKLAHOMA BAR ASSOCIATION, Complainant,
v.
LEE GRIFFIN, Respondent.

ORDER APPROVING RESIGNATION
PENDING DISCIPLINARY PROCEEDINGS

¶1 Before the Court are (1) the affidavit of Respondent Lee Griffin, filed pursuant to Rule 8.1, Rules Governing Disciplinary Proceedings (RGDP), 5 O.S.2021, ch. 1, app. 1-A, requesting that this Court allow her to resign from the Oklahoma Bar Association (OBA) and relinquish her right to practice law; and (2) the OBA's Application for Order Approving Resignation Pending Disciplinary Proceedings.

Decision of the Court

¶2 Griffin was admitted to the Oklahoma Bar on September 27, 1996. On April 8, 2024, she filed an Affidavit of Resignation Pending Disciplinary proceedings.

¶3 In her affidavit, Griffin states (a) that she freely and voluntarily renders her resignation, (b) that she has not been subjected to coercion or duress, and (c) that she is aware of the consequences of submitting her resignation.

¶4 Griffin states she is aware that the OBA has opened an investigation into several grievances filed against her in the following matters:

(a) DC-23-193: Grievance by Marianne Tyer. In this client-initiated matter arising from a divorce proceeding, Griffin allegedly failed to disburse funds that had been transferred to her IOLTA account upon the sale of marital property; thereafter, Griffin allegedly failed to maintain funds in the account, and sought to delay the proceedings in order to avoid the consequences of her actions.

(b) DC-23-194: Grievance by Ronald Tyer. In this client-initiated matter arising from a divorce proceeding, Griffin allegedly failed to disburse funds that had been transferred to her IOLTA account upon the sale of marital property; thereafter, Griffin allegedly failed to maintain funds in the account, and sought to delay the proceedings in order to avoid the consequences of her actions.

(c) DC-23-204: Grievance by Patricia Woodall. Client alleged that Griffin neglected and failed to take action to seek visitation rights with grandchild on client's behalf, even though client had paid attorney fees in advance.

(d) DC-24-27: Grievance by OBA General Counsel. This investigation concerns criminal charges for embezzlement which were filed against Griffin in Delaware County District Court Case No. CF-2024-26.

¶5 Grifffin is aware that if these allegations are proven, they would constitute, at a minimum, a violation of Rules 1.15, 3.3, and 8.4(a)-(d) of the Oklahoma Rules of Professional Conduct (ORPC), 5 O.S.2021, ch. 1, app. 3-A; Rule 1.15 of the ORPC, 5 O.S. Supp.2023, ch. 1, app. 3-A; and Rule 1.3, RGDP, as well as her oath as an attorney.

¶6 Griffin's affidavit further states:

a. She is aware that the OBA has the burden of proving the allegations against her, but waives any and all rights to contest the allegations.

b. She is aware that approval of her resignation is within this Court's discretion.

c. She is familiar with, and agrees to comply with, Rule 9.1 of the RGDP within twenty days following the date that her resignation is approved; that she will comply with Rule 11 of the RGDP as a prerequisite to seeking reinstatement to the practice of law, and that she will make no such application prior to the expiration of five years from the effective date of her resignation.

d. She acknowledges that as a result of her conduct, the OBA's Client Security Fund may receive claims from her former clients, and she agrees to reimburse the Fund for the principal amounts and statutory interest for claims that it approves before seeking reinstatement to the practice of law.

e. She affirms that she will tender her OBA membership card to the Office of the General Counsel or destroy the card.

f. She acknowledges that she is responsible for paying any costs of these proceedings, which this Court may order her to pay, prior to seeking reinstatement.

g. She affirms that she has had the opportunity to seek the advice of legal counsel in these matters, including her tendered resignation.

¶7 We determine the effective date of Griffin's resignation to be May 6, 2024.

¶8 This Court finds Griffin's resignation pending disciplinary proceedings is in compliance with all the requirements outlined in Rule 8.1 of the RGDP and should be accepted.

¶9 Griffin's OBA number is 17022. Her official roster address, as shown by OBA records, is P.O. Box 600, Centerton, Arkansas, 72719.

¶10 IT IS THEREFORE ORDERED that the OBA's Application for Order Approving Resignation Pending Disciplinary Proceedings is approved.

¶11 IT IS FURTHER ORDERED that Griffin's name be stricken from the Roll of Attorneys, and that she make no application for reinstatement to membership in the OBA prior to the expiration of five years from the effective date of this Order. See RGDP Rules 8.2 and 11.1.

¶12 IT IS FURTHER ORDERED that Griffin comply with Rule 9.1 of the RGDP, return all client files, and refund unearned fees.

¶13 IT IS FURTHER ORDERED that as a condition of reinstatement, Griffin shall reimburse the Client Security Fund for any monies expended because of her malfeasance or nonfeasance. See RGDP Rule 11.1(b).

¶14 IT IS FURTHER ORDERED that Griffin reimburse the OBA for the cost of investigating these matters, in the amount of $105.62, within ninety days of the date of this Order.

DONE BY ORDER OF THE SUPREME COURT IN CONFERENCE this 6th day of May, 2024.

/S/CHIEF JUSTICE

ALL JUSTICES CONCUR.

 

 Citationizer© Summary of Documents Citing This Document
 
 
 
 Cite
 Name
 Level
 
 
 
 None Found.
 
 
 Citationizer: Table of Authority
 
 
 
 Cite
 Name
 Level
 
 
 
 None Found.
 
 

 
 
 
 

 
 

 
 
 
 oscn
 
 EMAIL: webmaster@oscn.net
 Oklahoma Judicial Center
 2100 N Lincoln Blvd.
 Oklahoma City, OK 73105
 
 
 courts
 
 Supreme Court of Oklahoma
 Court of Criminal Appeals 
 Court of Civil Appeals
 District Courts
 
 
 
 decisions
 
 New Decisions
 Supreme Court of Oklahoma
 Court of Criminal Appeals
 Court of Civil Appeals
 
 
 
 programs
 
 The Sovereignty Symposium
 
 Alternative Dispute Resolution
 Early Settlement Mediation
 Children's Court Improvement Program (CIP)
 Judicial Nominating Commission
 Certified Courtroom Interpreters
 Certified Shorthand Reporters
 Accessibility ADA
 
 
 
 
 
 
 
 
 Contact Us
 Careers
 Accessibility ADA